Bank Code: PAY  Tuscaloosa City Schools

| EMPLOYEE NAME | | | EMPLOYEE NO | PAY PERIOD ENDED | CHECK DATE | STMT NO |
|---|---|---|---|---|---|---|
| CASSIE MARIE MILLS | | | 14979 | 09/30/2025 | 09/30/2025 | 9540250 |

| EARNINGS DESCRIPTION | CURRENT AMT | YTD AMOUNT | TYPE | DEDUCTION DESCRIPTION | CURRENT AMT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| OFFICE OF SCHOOL ADM, BOOKKEEPER | 3,518.81 | 7,010.97 | 2 | SS W/HOLD | 197.02 | 433.69 |
| OFFICE OF SCHOOL ADM, OVERTIME | 15.99 | 15.99 | 3 | FWH | 185.16 | 442.30 |
| Pay Adjustment | 0.00 | 682.08 | 4 | SWH | 109.63 | 247.64 |
| | | | 6 | MEDICARE | 46.08 | 101.43 |
| | | | 11 | RETIREMENT | 219.16 | 477.96 |
| | | | 22 | SUPPLEM-S | 50.00 | 100.00 |
| | | | 23 | BCBS HTH-S | 307.00 | 614.00 |
| | | | 101 | AFA-DIS | 68.08 | 136.16 |
| | | | 139 | VISION | 8.02 | 8.02 |
| GROSS PAY | 3,534.80 | 7,709.04 | 960 | BANCORP | 2,344.65 | 2,344.65 |
| FRINGE BENEFIT | 0.00 | 0.00 | | | | |

| LEAVE DESCRIPTION | BALANCE | TAKEN |
|---|---|---|
| PERSONAL | 3.50 | 1.50 |
| VACATION | 1.00 | 0.00 |
| Sick Bank | 2.00 | 0.00 |

| REGULAR HOURS | 1.75 | OT HOURS | 0.50 |
|---|---|---|---|

| ACH PAY | 2,344.65 |
|---|---|



**Tuscaloosa City Schools**
Payroll Account
1210 Almon Ave.
Tuscaloosa, AL 35401

Regions Bank
61-1/620

# 9540250

PAY  Two Thousand Three Hundred Forty-Four Dollars and 65 Cents

TO THE ORDER OF
CASSIE MARIE MILLS
2437 STARLIGHT DRIVE
TUSCALOOSA AL 35405

| CHECK DATE | AMOUNT |
|---|---|
| 09/30/2025 | 2,344.65 |

**Non-Negotiable**

*** ACH Statement ***
*** Document Copy ***

Tuscaloosa City Schools
1210 Almon Ave.
Tuscaloosa, AL 35401

0055
CASSIE MARIE MILLS
2437 STARLIGHT DRIVE
TUSCALOOSA AL 35405

09/26/2025

STAR RESTAURANT 2 INC  
3615 MCFARLAND BLVD E  
TUSCALOOSA, AL 35405-2440

(205) 633-2822

NON-NEGOTIABLE

PAY TO THE ORDER OF: MILLS, SCOTT

NET  $962.07

MILLS, SCOTT  
2437 STARLIGHT DR  
TUSCALOOSA, AL 35405-8420

---

MILLS, SCOTT  
WORKER ID: 8WKA-316  
2437 STARLIGHT DR  
TUSCALOOSA, AL 35405-8420

| | | | |
|---|---|---|---|
| PERIOD START | 09/14/2025 | CHECK DATE | 09/26/2025 |
| PERIOD END | 09/20/2025 | CHECK NUMBER | 0 |

STAR RESTAURANT 2 INC

3615 MCFARLAND BLVD E  
TUSCALOOSA, AL 35405-2440

(205) 633-2822

EMPLOYER MEMO:

| EARNINGS TYPE | RATE | WORKED | TIME OFF | CURRENT | YTD |
|---|---|---|---|---|---|
| SALARY | | 40.00 | | $1,153.85 | $13,846.20 |
| TOTAL HOURS & EARNINGS | | $40.00 | $0.00 | $1,153.85 | $13,846.20 |

| TAXES TYPE | CURRENT | YTD |
|---|---|---|
| FED WTH | $59.98 | $719.76 |
| FICA | $71.53 | $858.46 |
| MEDFICA | $16.73 | $200.77 |
| STATE-AL | $43.54 | $522.48 |
| TOTAL TAXES | $191.78 | $2,301.47 |

| DEDUCTIONS TYPE | CURRENT | YTD |
|---|---|---|
| TOTAL DEDUCTIONS | $0.00 | $0.00 |

| TIME OFF TYPE | EARNED | USED | AVAILABLE | EARNED YTD | USED YTD |
|---|---|---|---|---|---|
| | | | | | |

| | CURRENT | YTD |
|---|---|---|
| TOTAL EARNINGS | $1,153.85 | $13,846.20 |
| TOTAL TAXES | $191.78 | $2,301.47 |
| TOTAL DEDUCTIONS | $0.00 | $0.00 |
| NET PAY | $962.07 | |

*Non-Cash Earnings are not included in the Net Pay amount, but are included in the Earnings Period and YTD Totals



08/08/2025

STAR RESTAURANT 2 INC
3615 MCFARLAND BLVD E
TUSCALOOSA, AL 35405-2440

(205) 633-2822

NON-NEGOTIABLE

PAY TO THE ORDER OF   MILLS, SCOTT                    NET        $962.06

MILLS, SCOTT
2437 STARLIGHT DR
TUSCALOOSA, AL 35405-8420

---

MILLS, SCOTT

WORKER ID: 8WKA-316

2437 STARLIGHT DR
TUSCALOOSA, AL 35405-8420

| | | | | |
|---|---|---|---|---|
| PERIOD START | 07/27/2025 | CHECK DATE | | 08/08/2025 |
| PERIOD END | 08/02/2025 | CHECK NUMBER | | 0 |

STAR RESTAURANT 2 INC

3615 MCFARLAND BLVD E
TUSCALOOSA, AL 35405-2440

(205) 633-2822

EMPLOYER MEMO:

| EARNINGS TYPE | RATE | WORKED | TIME OFF | CURRENT | YTD |
|---|---|---|---|---|---|
| SALARY | | 40.00 | | $1,153.85 | $5,769.25 |

| TOTAL HOURS & EARNINGS | | $40.00 | $0.00 | $1,153.85 | $5,769.25 |

| TAXES TYPE | CURRENT | YTD |
|---|---|---|
| FED WTH | $59.98 | $299.90 |
| FICA | $71.54 | $357.69 |
| MEDFICA | $16.73 | $83.65 |
| STATE-AL | $43.54 | $217.70 |

| TOTAL TAXES | $191.79 | $958.94 |

| DEDUCTIONS TYPE | CURRENT | YTD |
|---|---|---|

| TOTAL DEDUCTIONS | $0.00 | $0.00 |

| TIME OFF TYPE | EARNED | USED | AVAILABLE | EARNED YTD | USED YTD |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| TOTAL EARNINGS | $1,153.85 | $5,769.25 |
| TOTAL TAXES | $191.79 | $958.94 |
| TOTAL DEDUCTIONS | $0.00 | $0.00 |
| NET PAY | $962.06 | |

*Non-Cash Earnings are not included in the Net Pay amount, but are included in the Earnings Period and YTD Totals

08/01/2025

STAR RESTAURANT 2 INC
3615 MCFARLAND BLVD E
TUSCALOOSA, AL 35405-2440

(205) 633-2822

NON-NEGOTIABLE

PAY TO THE ORDER OF  MILLS, SCOTT           NET     $962.07

MILLS, SCOTT
2437 STARLIGHT DR
TUSCALOOSA, AL 35405-8420

---

MILLS, SCOTT

WORKER ID: 8WKA-316

2437 STARLIGHT DR
TUSCALOOSA, AL 35405-8420

| | | |
|---|---|---|
| PERIOD START | 07/20/2025 | CHECK DATE  08/01/2025 |
| PERIOD END | 07/26/2025 | CHECK NUMBER  0 |

STAR RESTAURANT 2 INC

3615 MCFARLAND BLVD E
TUSCALOOSA, AL 35405-2440

(205) 633-2822

EMPLOYER MEMO:

| EARNINGS TYPE | RATE | WORKED | TIME OFF | CURRENT | YTD |
|---|---|---|---|---|---|
| SALARY | | 40.00 | | $1,153.85 | $4,615.40 |
| TOTAL HOURS & EARNINGS | | $40.00 | $0.00 | $1,153.85 | $4,615.40 |

| TAXES TYPE | CURRENT | YTD |
|---|---|---|
| FED WTH | $59.98 | $239.92 |
| FICA | $71.53 | $286.15 |
| MEDFICA | $16.73 | $66.92 |
| STATE-AL | $43.54 | $174.16 |
| TOTAL TAXES | $191.78 | $767.15 |

| DEDUCTIONS TYPE | CURRENT | YTD |
|---|---|---|
| TOTAL DEDUCTIONS | $0.00 | $0.00 |

| | CURRENT | YTD |
|---|---|---|
| TOTAL EARNINGS | $1,153.85 | $4,615.40 |
| TOTAL TAXES | $191.78 | $767.15 |
| TOTAL DEDUCTIONS | $0.00 | $0.00 |
| NET PAY | $962.07 | |

| TIME OFF TYPE | EARNED | USED | AVAILABLE | EARNED YTD | USED YTD |
|---|---|---|---|---|---|
| | | | | | |

*Non-Cash Earnings are not included in the Net Pay amount, but are included in the Earnings Period and YTD Totals

07/25/2025

STAR RESTAURANT 2 INC
3615 MCFARLAND BLVD E
TUSCALOOSA, AL 35405-2440

(205) 633-2822

NON-NEGOTIABLE

PAY TO THE ORDER OF  MILLS, SCOTT

NET  $962.06

MILLS, SCOTT
2437 STARLIGHT DR
TUSCALOOSA, AL 35405-8420

---

MILLS, SCOTT

WORKER ID: 8WKA-316

2437 STARLIGHT DR
TUSCALOOSA, AL 35405-8420

| | | | |
|---|---|---|---|
| PERIOD START | 07/13/2025 | CHECK DATE | 07/25/2025 |
| PERIOD END | 07/19/2025 | CHECK NUMBER | 0 |

STAR RESTAURANT 2 INC

3615 MCFARLAND BLVD E
TUSCALOOSA, AL 35405-2440

(205) 633-2822

EMPLOYER MEMO:

| EARNINGS TYPE | RATE | WORKED | TIME OFF | CURRENT | YTD |
|---|---|---|---|---|---|
| SALARY | | 40.00 | | $1,153.85 | $3,461.55 |
| TOTAL HOURS & EARNINGS | | $40.00 | $0.00 | $1,153.85 | $3,461.55 |

| TAXES TYPE | CURRENT | YTD |
|---|---|---|
| FED WTH | $59.98 | $179.94 |
| FICA | $71.54 | $214.62 |
| MEDFICA | $16.73 | $50.19 |
| STATE-AL | $43.54 | $130.62 |
| TOTAL TAXES | $191.79 | $575.37 |

| DEDUCTIONS TYPE | CURRENT | YTD |
|---|---|---|
| TOTAL DEDUCTIONS | $0.00 | $0.00 |

| TIME OFF TYPE | EARNED | USED | AVAILABLE | EARNED YTD | USED YTD |
|---|---|---|---|---|---|
| | | | | | |

| | CURRENT | YTD |
|---|---|---|
| TOTAL EARNINGS | $1,153.85 | $3,461.55 |
| TOTAL TAXES | $191.79 | $575.37 |
| TOTAL DEDUCTIONS | $0.00 | $0.00 |
| NET PAY | $962.06 | |

*Non-Cash Earnings are not included in the Net Pay amount, but are included in the Earnings Period and YTD Totals

07/18/2025

STAR RESTAURANT 2 INC
3615 MCFARLAND BLVD E
TUSCALOOSA, AL 35405-2440

(205) 633-2822

NON-NEGOTIABLE

| PAY TO THE ORDER OF | MILLS, SCOTT | NET | $962.06 |

MILLS, SCOTT
2437 STARLIGHT DR
TUSCALOOSA, AL 35405-8420

---

MILLS, SCOTT

WORKER ID: 8WKA-316

2437 STARLIGHT DR
TUSCALOOSA, AL 35405-8420

| PERIOD START | 07/06/2025 | CHECK DATE | 07/18/2025 |
| PERIOD END | 07/12/2025 | CHECK NUMBER | 0 |

STAR RESTAURANT 2 INC

3615 MCFARLAND BLVD E
TUSCALOOSA, AL 35405-2440

(205) 633-2822

EMPLOYER MEMO:

| TIME OFF TYPE | EARNED | USED | AVAILABLE | EARNED YTD | USED YTD |
|---|---|---|---|---|---|
| | | | | | |

| EARNINGS TYPE | RATE | WORKED | TIME OFF | CURRENT | YTD |
|---|---|---|---|---|---|
| SALARY | | 40.00 | | $1,153.85 | $2,307.70 |

| TOTAL HOURS & EARNINGS | | $40.00 | $0.00 | $1,153.85 | $2,307.70 |

| TAXES TYPE | CURRENT | YTD |
|---|---|---|
| FED WTH | $59.98 | $119.96 |
| FICA | $71.54 | $143.08 |
| MEDFICA | $16.73 | $33.46 |
| STATE-AL | $43.54 | $87.08 |

| TOTAL TAXES | $191.79 | $383.58 |

| DEDUCTIONS TYPE | CURRENT | YTD |
|---|---|---|

| TOTAL DEDUCTIONS | $0.00 | $0.00 |

| TOTAL EARNINGS | $1,153.85 | $2,307.70 |
| TOTAL TAXES | $191.79 | $383.58 |
| TOTAL DEDUCTIONS | $0.00 | $0.00 |
| NET PAY | $962.06 | |

*Non-Cash Earnings are not included in the Net Pay amount, but are included in the Earnings Period and YTD Totals

07/11/2025

STAR RESTAURANT 2 INC
3615 MCFARLAND BLVD E
TUSCALOOSA, AL 35405-2440

(205) 633-2822

NON-NEGOTIABLE

| | | | | |
|---|---|---|---|---|
| PAY TO THE ORDER OF | MILLS, SCOTT | | NET | $962.06 |

MILLS, SCOTT
2437 STARLIGHT DR
TUSCALOOSA, AL 35405-8420

---

MILLS, SCOTT

WORKER ID: 8WKA-316

2437 STARLIGHT DR
TUSCALOOSA, AL 35405-8420

| | | | |
|---|---|---|---|
| PERIOD START | 06/29/2025 | CHECK DATE | 07/11/2025 |
| PERIOD END | 07/05/2025 | CHECK NUMBER | 0 |

STAR RESTAURANT 2 INC

3615 MCFARLAND BLVD E
TUSCALOOSA, AL 35405-2440

(205) 633-2822

EMPLOYER MEMO:

| EARNINGS TYPE | RATE | WORKED | TIME OFF | CURRENT | YTD |
|---|---|---|---|---|---|
| SALARY | | 40.00 | | $1,153.85 | $1,153.85 |
| TOTAL HOURS & EARNINGS | | $40.00 | $0.00 | $1,153.85 | $1,153.85 |

| TAXES TYPE | CURRENT | YTD |
|---|---|---|
| FED WTH | $59.98 | $59.98 |
| FICA | $71.54 | $71.54 |
| MEDFICA | $16.73 | $16.73 |
| STATE-AL | $43.54 | $43.54 |
| TOTAL TAXES | $191.79 | $191.79 |

| DEDUCTIONS TYPE | CURRENT | YTD |
|---|---|---|
| TOTAL DEDUCTIONS | $0.00 | $0.00 |

| TIME OFF TYPE | EARNED | USED | AVAILABLE | EARNED YTD | USED YTD |
|---|---|---|---|---|---|
| | | | | | |

| | | |
|---|---|---|
| TOTAL EARNINGS | $1,153.85 | $1,153.85 |
| TOTAL TAXES | $191.79 | $191.79 |
| TOTAL DEDUCTIONS | $0.00 | $0.00 |
| NET PAY | | $962.06 |

*Non-Cash Earnings are not included in the Net Pay amount, but are included in the Earnings Period and YTD Totals